**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re DAWN PETERSEN, | No. CIV 06-2975 PHX RCB |
| Debtor, | (BK 02-1937- PHS SCC) |
| DAVID A. PETERSEN, | Adversary No. 02-0576 |
| Appellant, | BAP No. AZ-00-0000 |
| vs. | ORDER |
| DAVID BIRDSELL, | |
| Appellees. | |

Presently before the court is appellant David A. Peterson's Motion to Supplement the Record on Appeal (doc. 10). After carefully considering that Motion, the Response thereto by appellee Birdsell (doc. 12), as well as the appellant's Reply (doc. 13),

IT IS ORDERED that appellant's Motion to Supplement the Record on Appeal (doc. 10) is GRANTED;

1    IT IS FURTHER ORDERED that appellant shall electronically file, no later than 1:00 p.m., Monday, September 17, 2007, exhibit one (appellee's expert report) and any attachments thereto, which was admitted into evidence before the Bankruptcy Court on May 16, 2006;[1]

     IT IS FURTHER ORDERED that appellant shall electronically file, no later than 1:00 p.m., Monday, September 17, 2007, exhibit B (appellant's expert report) and any attachments thereto, which was admitted into evidence before the Bankruptcy Court on May 16, 2006;[2] and

     IT IS ORDERED that the foregoing identified exhibits are designated as exhibits 12 and 13 respectively as part of the record on appeal.

     DATED this 12th day of September, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to all counsel of record

---

[1]  See Record on Appeal, exh. 11 thereto at 10.

[2]  Id. at 62.